UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00008-TLN |
| Plaintiff, | |
| vs. | **SEALING ORDER** |
| ROLAND HEATHINGTON, | |
| Defendant. | |

GOOD CAUSE APPEARING, upon application of Defendant Roland Heathington, the Court hereby ORDERS that Exhibit A to Defendant's Motion to Compel Medical Treatment shall be filed under seal. The aforementioned document shall be made available to Assistant United States Attorney Ross Pearson and Assistant Federal Defender Christina Sinha.

This document shall remain under seal until further order of the Court.

IT IS SO ORDERED.

DATED: September 21, 2020

Troy L. Nunley
United States District Judge

1