UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:20-CR-00008-TLN |
|---|---|---|
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| ROLAND HEATHINGTON, | ) | |
| Defendant. | ) | |

The Court, having considered the parties' filings and arguments in this matter, and good cause appearing therefrom, hereby GRANTS Defendant's Motion to Compel Medical Treatment (ECF No. 22) and ORDERS as follows:

1. The Sacramento County Jail is ORDERED to ensure that Defendant Roland Heathington is seen by a urologist to address his prostate pain as soon as possible; this shall occur within three weeks of the date of this Order.

2. The Sacramento County Jail is ordered to ensure that Defendant Roland Heathington is seen by a physician for his new colon and pelvic pain.

IT IS SO ORDERED.

DATED: September 21, 2020

Troy L. Nunley
United States District Judge