1  HEATHER E. WILLIAMS, SBN 122664
   Federal Defender
2  JEROME PRICE, SBN 282400
   CHRISTINA SINHA, SBN 278893
3  Assistant Federal Defender
   Designated Counsel for Service
4  801 I Street, Third Floor
   Sacramento, CA 95814
5  T: (916) 498-5700

6  Attorneys for Defendant
   ROLAND HEATHINGTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:20-CR-008-TLN-1 |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER TO CONTINUE** |
| vs. | ) **STATUS CONFERENCE AND EXCLUDE TIME** |
| ROLAND HEATHINGTON, | ) Date:  September 24, 2020 |
| Defendant. | ) Time:  9:30 A.M. |
|  | ) Judge: Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney McGregor W. Scott, through Assistant United States Attorney Ross Pearson, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Christina Sinha, counsel for Defendant Roland Heathington, that the status conference currently set for September 24, 2020 may be continued to **November 12, 2020 at 9:30 A.M**. The parties specifically stipulate as follows:

1. By previous order, this matter was set for a status on September 24, 2020.
2. By stipulation, Mr. Heathington moves to continue the status conference to November 12, 2020.
3. The government has represented that the discovery associated with this case includes police reports, body camera recordings, photographs, and various documents that have either been produced to the defense or made available for

1      inspection and copying.

2    4.    Defense counsel represents that they require additional time to review this discovery, investigate possible defenses and pretrial motions, consult with Mr. Heathington, and explore potential resolutions to the case.

5    5.    Defense counsel believes that failure to grant the requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

8    6.    The government does not object to the continuance.

9    7.    Therefore, the parties stipulate that the ends of justice served by granting the continuance outweighs the best interest of the public and Mr. Heathington in a speedy trial, and request the Court so to find.

12    8.    For the purpose of computing time under 18 U.S.C. § 3161 *et seq.* (Speedy Trial Act), the parties request that the time period between September 24, 2020 and November 12, 2020 (inclusive) be deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4), because it would result from a continuance granted by the Court at Mr. Heathington's request, based on a finding that the ends of justice served by granting the continuance outweighs the best interest of the public and Mr. Heathington in a speedy trial.

           Respectfully submitted,

           HEATHER E. WILLIAMS
           Federal Defender

Date: September 21, 2020          */s/ Christina Sinha*
           CHRISTINA SINHA
           Assistant Federal Defender
           Attorneys for Defendant
           ROLAND HEATHINGTON

Date: September 21, 2020          MCGREGOR W. SCOTT
           United States Attorney

           */s/ Ross Pearson*
           ROSS PEARSON
           Assistant United States Attorney
           Attorneys for Plaintiff

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated: September 21, 2020

Troy L. Nunley
United States District Judge