HEATHER E. WILLIAMS, SBN 122664
Federal Defender
JEROME PRICE, SBN 282400
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498 -5710
Attorneys for Defendant
ROLAND HEATHINGTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-CR-0008-TLN-1 |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |
| vs. | Date: November 12, 2020 |
| ROLAND HEATHINGTON, | Time: 9:30 A.M. |
| Defendant. | Judge: Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney McGregor W. Scott, through Assistant United States Attorney Ross Pearson, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Jerome Price, counsel for Defendant Roland Heathington, that the status conference currently set for November 12, 2020 may be continued to **December 17, 2020 at 9:30 A.M**. The parties specifically stipulate as follows:

1. By previous order, this matter was set for a status on November 12, 2020.

2. By stipulation, Mr. Heathington moves to continue the status conference to December 17, 2020.

3. The government sent a proposed plea agreement to defense counsel on November 6, 2020 in addition to the discovery associated with this case which includes police reports, body camera recordings, photographs, and various documents that have either been produced to the defense or made available for inspection and

1 | copying.

2 | 4. Defense counsel represents that they require additional time to review and consider the plea offer as well as review the discovery, investigate possible defenses and pretrial motions, consult with Mr. Heathington, and explore potential resolutions to the case.

5. Defense counsel believes that failure to grant the requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

6. The government does not object to the continuance.

7. Therefore, the parties stipulate that the ends of justice served by granting the continuance outweighs the best interest of the public and Mr. Heathington in a speedy trial, and request the Court so to find.

8. For the purpose of computing time under 18 U.S.C. § 3161 *et seq.* (Speedy Trial Act), the parties request that the time period between November 12, 2020 and December 17, 2020 (inclusive) be deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4), because it would result from a continuance granted by the Court at Mr. Heathington's request, based on a finding that the ends of justice served by granting the continuance outweighs the best interest of the public and Mr. Heathington in a speedy trial.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

|   |   |   |
|---|---|---|
| 1 | | |
| 2 | | Respectfully submitted, |
| 3 | | HEATHER E. WILLIAMS<br>Federal Defender |
| 4 | Date: November 10, 2020 | /s/ Jerome Price |
| 5 | | JEROME PRICE<br>Assistant Federal Defender |
| 6 | | Attorneys for Defendant<br>ROLAND HEATHINGTON |
| 7 | | |
| 8 | Date: November 10, 2020 | MCGREGOR W. SCOTT<br>United States Attorney |
| 9 | | |
| 10 | | /s/ Ross Pearson<br>ROSS PEARSON |
| 11 | | Assistant United States Attorney<br>Attorneys for Plaintiff |

Stipulation and Order to Continue Status
Conference and Exclude Time                                      -3-                                      *United States v. Heathington*,
                                                                                                               2:20-cr-00008-TLN-1

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated: November 12, 2020

Troy L. Nunley
United States District Judge