PHILLIP A. TALBERT
Acting United States Attorney
ROSS PEARSON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROLAND HEATHINGTON,<br><br>Defendant. | CASE NO. 2:20-CR-00008-TLN<br><br>**STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER**<br><br>DATE: October 21, 2021<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

### STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on October 21, 2021.

2. By this stipulation, defendant now moves to continue the status conference until **November 4, 2021, at 9:30 a.m.**, and to exclude time between October 21, 2021, and November 4, 2021, under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes the discovery associated with this case includes approximately 60 pages of police reports, as well as the defendant's criminal history sheet, body camera videos, and photographs. All of this discovery has been either produced directly to counsel and/or made available for

inspection and copying.

        b)      Counsel for defendant desires additional time to review this discovery, investigate possible defenses or suppression issues, consult with his client, and negotiate a plea with the government. Since the last continuance, counsel for Heathington has been preparing for trial and in trial for much of the month of October, which has delayed her ability to meet with Heathington, discuss the discovery, and discuss the current plea offer.  Counsel needs additional time to review the discovery and discuss the discovery and the plea offer with her client.

        c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        d)      The government does not object to the continuance.

        e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 21, 2021 to November 4, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  October 14, 2021                         PHILLIP A. TALBERT
                                                 Acting United States Attorney


                                                 /s/ ROSS PEARSON
                                                 ROSS PEARSON
                                                 Assistant United States Attorney


Dated:  October 14, 2021                         /s/ CHRISTINA SINHA
                                                 CHRISTINA SINHA
                                                 Counsel for Defendant
                                                 ROLAND HEATHINGTON
                                                 (Authorized by email on October 14, 2021)

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

**Dated**: October 14, 2021

_____
Troy L. Nunley
United States District Judge