1  PHILLIP A. TALBERT
   Acting United States Attorney
2  ROSS PEARSON
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8
                       IN THE UNITED STATES DISTRICT COURT
9
                          EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA,              | CASE NO. 2:20-CR-00008-TLN
12 |                     Plaintiff,          | STIPULATION REGARDING EXCLUDABLE
   |                                         | TIME PERIODS UNDER SPEEDY TRIAL ACT;
13 |           v.                            | FINDINGS AND ORDER
14 | ROLAND HEATHINGTON,                     | DATE: November 4, 2021
   |                                         | TIME: 9:30 a.m.
15 |                     Defendant.          | COURT: Hon. Troy L. Nunley

16

17                              **STIPULATION**

18      Plaintiff United States of America, by and through its counsel of record, and defendant, by and

19 through defendant's counsel of record, hereby stipulate as follows:

20      1.      By previous order, this matter was set for status on November 4, 2021.

21      2.      By this stipulation, defendant now moves to continue the status conference until January

22 6, 2022, at 9:30 a.m., and to exclude time between November 4, 2021, and January 6, 2022, under 18

23 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].

24      3.      The parties agree and stipulate, and request that the Court find the following:

25              a)      The government has represented that the discovery associated with this case

26 includes the discovery associated with this case includes approximately 60 pages of police

27 reports, as well as the defendant's criminal history sheet, body camera videos, and photographs.

28 All of this discovery has been either produced directly to counsel and/or made available for

inspection and copying.

      b)      Counsel for defendant desires additional time to review this discovery, investigate possible defenses or suppression issues, consult with his client, and negotiate a plea with the government. Since the last continuance, counsel for Heathington has discussed the case with Heathington and continues to communicate regarding a plea offer. However, due to a recent COVID outbreak in Sacramento County Jail, it has been difficult for her to communicate with him and more time is needed to review the discovery and discuss the discovery and the plea offer with her client.

      c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)      The government does not object to the continuance.

      e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 4, 2021 to January 6, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

1    IT IS SO STIPULATED.

Dated:  November 3, 2021                    PHILLIP A. TALBERT
                                            Acting United States Attorney


                                            /s/ ROSS PEARSON
                                            ROSS PEARSON
                                            Assistant United States Attorney


Dated:  November 3, 2021                    /s/ CHRISTINA SINHA
                                            CHRISTINA SINHA
                                            Counsel for Defendant
                                            ROLAND HEATHINGTON
                                            (Authorized by email on
                                            November 3, 2021)

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 3rd day of November, 2021.


                                            Troy L. Nunley
                                            United States District Judge

STIPULATION REGARDING EXCLUDABLE TIME            3
PERIODS UNDER SPEEDY TRIAL ACT