PHILLIP A. TALBERT
United States Attorney
ROSS PEARSON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROLAND HEATHINGTON,<br><br>Defendant. | CASE NO. 2:20-CR-00008-TLN<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: January 6, 2022<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on January 6, 2022.

2. By this stipulation, defendant now moves to continue the status conference until February 3, 2022, and to exclude time between January 6, 2022, and February 3, 2022, under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].

3. The parties agree and stipulate, and request that the Court find the following:

　　a) The government has represented that the discovery associated with this case includes the discovery associated with this case includes approximately 60 pages of police reports, as well as the defendant's criminal history sheet, body camera videos, and photographs. All of this discovery has been either produced directly to counsel and/or made available for

inspection and copying.

  b) Counsel for defendant desires additional time to review this discovery, investigate possible defenses or suppression issues, consult with his client, and negotiate a plea with the government. Since the last continuance, counsel for Heathington has consulted with her client, discussed a plea, and researched the application of certain guidelines provisions that will significantly impact any potential sentence in this case. Counsel needs additional time to research the application of the guidelines and discuss a plea with her client.

  c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  d) The government does not object to the continuance.

  e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 6, 2022 to February 3, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  January 4, 2022  　　　　　　　　　　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　　　　/s/ ROSS PEARSON
　　　　　　　　　　　　　　　　　　　　　　　ROSS PEARSON
　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

Dated:  January 4, 2022  　　　　　　　　　　　/s/ CHRISTINA SINHA
　　　　　　　　　　　　　　　　　　　　　　　CHRISTINA SINHA
　　　　　　　　　　　　　　　　　　　　　　　Counsel for Defendant
　　　　　　　　　　　　　　　　　　　　　　　ROLAND HEATHINGTON
　　　　　　　　　　　　　　　　　　　　　　　(Authorized by email on January 4, 2022)

**ORDER**

IT IS SO FOUND AND ORDERED this 4th day of January, 2022.

_____
Troy L. Nunley
United States District Judge